In the Matter of EMPIRE MUTUAL CASUALTY COMPANY, Appellant, against CLIFFORD J. FLETCHER, as Commissioner of Motor Vehicles of the State of New York, Respondent.

Argued June 5, 1945; decided July 19, 1945.

*Joseph J. Reville* and *Jerome Heffer* for appellant.

*Nathaniel L. Goldstein, Attorney-General (John C. Crary, Jr., Orrin G. Judd* and *Wendell P. Brown* of counsel), for respondent.

Order affirmed, without costs; no opinion.

Concur: LEHMAN, Ch. J., LEWIS, CONWAY, DESMOND and DYE, JJ. Taking no part: LOUGHRAN and THACHER, JJ.